■ LAWRENCE MARANO, Appellant, v CITY COLLEGE OF THE CITY UNIVERSITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Kenneth Shorter, J.), entered on November 6, 1986, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on June 25, 1987 unanimously dismissed, as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Wallach, JJ.

■ SANDRA TARR, Appellant, v F. SCHUMACHER & Co. et al., Respondents.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on November 12, 1986, unanimously affirmed, without costs and without disbursements. Respondents' motion to strike appellant's reply brief, or for alternative relief, denied as moot, appellant's reply brief having been withdrawn. No opinion. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY WILKINS, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on January 29, 1980, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Kassal, Ellerin and Smith, JJ.

■ In the Matter of AETNA CASUALTY & SURETY COMPANY, Appellant, v DAPHINE BUTCHER, Respondent.—Appeal from order of the Supreme Court, New York County (Martin Stecher, J.), entered on or about September 18, 1986, unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur—Ross, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.